# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00244 |
| | ) | Judge Trauger |
| STEVEN NEWSOME | ) | |
| | ) | |

## O R D E R

A hearing was held on February 21, 2014 on the Petition (Docket No. 4-1) and the Supplemental Petition (Docket No. 6) to revoke supervision. The government dismissed Violations 1, 3, 4 and 6. The defendant pled guilty to Violations 2 and 5 (as to October 19, 2006). For these violations, it is hereby **ORDERED** that six months additional supervised release shall be added to the balance of the supervised release that the defendant still needs to serve, making for a total of 2 years of supervised release, to begin on this date.

It is so **ORDERED**.

ENTER this 21st day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge